IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH DESANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SEWARD and JON PUCKET, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall refer the file to the Chief Judge for reassignment to a different judge.

DATED this 1st day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge