IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH DESANTIAGO, | ) |
| Plaintiff, | ) 4:06CV3088 |
| v. | ) |
| CITY OF SEWARD and JON PUCKET, | ) REASSIGNMENT ORDER |
| Defendants. | ) |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 11) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Warren K. Urbom for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 1st day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge