# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH DESANTIAGO, | ) | |
| | ) | 4:06CV3088 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF SEWARD NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.* On May 1, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 10. No such report has been filed. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before June 19, 2006 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 9th day of June, 2006.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge