IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH DESANTIAGO, | ) | |
| Plaintiff, | ) | 4:06CV3088 |
| V. | ) | |
| JON PUCKET, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

Pursuant to the recusal of Senior Judge Warren K. Urbom (Filing No. 19) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf and remains assigned to Magistrate Judge Thomas D. Thalken.

DATED this 19th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Court Judge