## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH DESANTIAGO,<br><br>        **Plaintiff,**<br><br>    vs.<br><br>JON PUCKET,<br><br>        **Defendant.** | 4:06CV3088<br><br>ORDER |

This matter is before the court following a telephone conference with counsel for the parties on September 29, 2006.

**IT IS ORDERED:**

The parties will schedule a **telephone** planning conference with the undersigned magistrate judge, if necessary, within **ten (10) working days** following the court's ruling on the defendant's motion for summary judgment based on qualified immunity (Filing No. 21) to schedule the progression of this case. Plaintiff's counsel shall set up and initiate the telephone conference.

DATED this 29th day of September, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge