# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH DE SANTIAGO, | ) | 4:06CV3088 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CITY OF SEWARD, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 28) is granted, as follows:

Plaintiff shall have until October 24, 2006, to file an index of evidence and signed affidavits or declarations in opposition to Defendant Pucket's motion for summary judgment (filing 21).

October 20, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge