# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH DESANTIAGO, | ) | 4:06CV3088 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JON PUCKET, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for an enlargement of time (filing 24) is granted <u>instanter</u>, and his supplemental index of evidence (filing 25) is accepted as timely.

October 23, 2006.          BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge